```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

THOMAS EARL LITTLE II,

    Defendant.

24 Cr. 452 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold an initial conference in this matter on **December 2, 2024**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: November 14, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge