UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

THOMAS EARL LITTLE II,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024
```

24 Cr. 452 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court shall hold an evidentiary hearing in this matter regarding Defendant's alleged violation of supervised release on **January 27, 2025**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. By **January 17, 2025**, the parties shall submit a joint status report apprising the Court as to the scope of the hearing.

      SO ORDERED.

Dated: December 3, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge