

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2025

**U.S. Department**

*United States A*
*Southern Distri*

*The Jacob K. Javits Bui*
*26 Federal Plaza, 37th*
*New York, New York 10278*

January 10, 2025

**BY ECF**

The Honorable Analisa Torres
United States District Judge
500 Pearl Street
Southern District of New York
New York, New York 10007

    Re:    *United States v. Thomas Little II*, 24 Cr. 452 (AT)

Dear Judge Torres:

    On January 8, 2025, the defendant filed an application, requesting temporary bail to attend a funeral and wake on January 17 and 18, 2025. Dkt. No. 16. The Government respectfully requests that it be permitted to file its response on January 13, 2025.

                          Respectfully submitted,

                          EDWARD Y. KIM
                          Acting United States Attorney

         By:    s/ Daniel Roque
                Daniel K. Roque
                Special Assistant United States Attorney
                (212) 637-1946

GRANTED.

SO ORDERED.

Dated: January 10, 2025
       New York, New York

ANALISA TORRES
United States District Judge