UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Thomas Earl Little II,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/16/2025

24 Cr. 452 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court hereby amends its order dated January 14, 2025, ECF No. 23.  Defendant's request for temporary release from the Metropolitan Detention Center ("MDC") to attend his brother's funeral and wake in Maryland on January 17 and 18, 2025, is GRANTED.  The following conditions shall apply: (1) Ms. De Jesus shall sign Defendant's appearance bond of $50,000; (2) Ms. De Jesus shall serve as Defendant's third-party custodian; and (3) Defendant must wear an ankle monitor installed by the Probation Department during his period of release. Defendant shall be released from 500 Pearl Street, New York, New York 10007, on the morning of January 17, 2025, and shall return to MDC by 8:00 p.m. on January 18, 2025.

        SO ORDERED.

Dated: January 16, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge